IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-138 KAJ |
| | ) |
| NEWS JOURNAL, and ANN HINES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 9th day of March, 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $15,444.00  (D.I. 1)

2. The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

United States District Judge