IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-138 KAJ |
| | ) |
| NEWS JOURNAL, and ANN HINES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Whereas, on March 13, 2006, pro se plaintiff filed an amended application to proceed without prepayment of fees under 28 U.S.C. § 1915, indicating that she has no assets or income;

At Wilmington this 17TH day of March, 2006, the Court having considered the amended application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the March 9, 2006, order (D.I. 4) is VACATED, and the amended application (D.I. 5) is GRANTED.

United States District Judge