OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

July 21, 2006

TO: Vernette Walker  
    Vernette Walker, Pro se  
    29 Richard Rd.  
    New Castle, DE 19720

   **RE:  U.S. Marshal 285 Forms**  
   *Civil Action #06-138(KAJ)*

Dear Ms. Walker :

   Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

   Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/bad                                      PETER T. DALLEO
                                          CLERK

cc: The Honorable Kent A. Jordan  
    U.S. Marshal  
    Pro Se Law Clerk