IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-138-KAJ |
| ) | |
| THE NEWS JOURNAL and ANN HINES, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT ANN HINES' MOTION TO DISMISS

Defendant Ann Hines ("Defendant Hines"), by and through her attorneys, hereby moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that the complaint fails to state claims upon which relief may be granted. The complaint should be dismissed in its entirety as to Defendant Hines for the reasons set forth in the brief of Defendant Hines filed contemporaneously herewith.

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

Dated: August 14, 2006

RLF1-3042364-1

## CERTIFICATE OF SERVICE

It is hereby certified that on this 14th day of August, 2006, true and correct copies of the foregoing were served via first class mail, postage prepaid, on the following:

Ms. Vernette Walker
29 Richard Road
New Castle, Delaware 19720

_____
Kelly A. Green (#4095)