IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERNETTE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-138-KAJ |
| | ) | |
| THE NEWS JOURNAL and ANN HINES, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT THE NEWS JOURNAL'S MOTION TO DISMISS

Defendant The News Journal ("The News Journal"), by and through its attorneys, hereby moves to dismiss several counts of this action pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that the complaint fails to state ADEA and Title VII claims upon which relief may be granted. The ADEA and Title VII counts of the complaint should be dismissed as to The News Journal for the reasons set forth in the opening brief of The News Journal filed contemporaneously herewith.[1]

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

Dated: August 14, 2006

---

[1] Should Defendant Ann Hines' Motion to Dismiss (on other grounds) be denied, Ms. Hines respectfully joins in this Motion to Dismiss.

RLF1-3045397-1

## CERTIFICATE OF SERVICE

It is hereby certified that on this 14th day of August, 2006, true and correct copies of the foregoing were served via first class mail, postage prepaid, on the following:

Ms. Vernette Walker
29 Richard Road
New Castle, Delaware 19720

_____
Kelly A. Green (#4095)