IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |  |
|---|---|---|
| VERNETTE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-138-KAJ |
| | ) | |
| THE NEWS JOURNAL and ANN HINES, | ) | |
| | ) | |
| Defendants. | ) | |

### 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendant The News Journal and Ann Hines discloses that The News Journal Company is a division of Gannett Co., Inc. Gannett Co., Inc. is a publicly traded company.

*/s/ Kelly A. Green*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards Layton & Finger
One Rodney Square
Post Office Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700

Attorneys for Defendants
The News Journal and Ann Hines

Dated: September 18, 2006

RLF1-3058648-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I electronically filed the foregoing 7.1(a) Disclosure Statement with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on September 18, 2006, mailed, via first class mail, postage prepaid, copies of the same to:

>Vernette Walker
>29 Richard Road
>New Castle, Delaware  19720
>*Pro Se* Defendant

/s/ Kelly A. Green
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant