IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERNETTE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-138-KAJ |
| | ) | |
| THE NEWS JOURNAL and | ) | |
| ANN HINES, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Steven J. Fineman of Richards, Layton & Finger is substituted for Kelly A. Green of Richards, Layton & Finger, as counsel for The News Journal and Ann Hines. Jennifer C. Jauffret and Richards, Layton & Finger continue to represent The News Journal and Ann Hines in this matter.

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

Dated: March 14, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing Notice of Withdrawal with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on March 14, 2007, mailed, via first class mail, postage prepaid, copies of the same to:

Vernette Walker
29 Richard Road
New Castle, Delaware 19720
*Pro Se* Defendant

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant