IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-138-KAJ |
| ) | |
| THE NEWS JOURNAL and ) | |
| ANN HINES, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO CONSENT TO EXERCISE OF
JURISDICTION BY THE UNITED STATES MAGISTRATE JUDGE**

IT IS HEREBY STIPULATED AND AGREED by the *pro se* plaintiff and the undersigned counsel for the defendants, subject to the approval of the Court, that in accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rules of Civil Procedure 73, the parties in this case consent to having a United States Magistrate Judge, specifically Judge Mary Pat Thynge, conduct any and all proceedings in this case, including the trial, order of the entry of a final judgment, and conduct all post-judgment proceedings. The parties understand that appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for the Judicial Circuit in the same manner as an appeal from any other judgment in this District Court.

_____
Vernette Walker
29 Richard Road
New Castle, Delaware 19720
*Pro Se* Plaintiff

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
Attorneys for Defendants

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

RLF1-3126625-1