# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JENNIFER C. JAUFFRET
DIRECTOR

DIRECT DIAL NUMBER
302-651-7568
JAUFFRET@RLF.COM

March 21, 2007

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

Re:   Vernette Walker v. The News Journal and Ann Hines
      Civil Action No. 06-138-KAJ

Dear Judge Thynge:

The parties hereby submit the proposed Scheduling Order. Counsel for defendants and *pro se* plaintiff have discussed your form of Scheduling Order and have agreed to dates as set forth in the parties' proposal. There is one somewhat odd issue in the proposed Scheduling Order that I would like to bring to Your Honor's attention; specifically, the dates regarding expert disclosure and expert discovery. To save both parties potentially unnecessary expert fees and costs, I have proposed (to which plaintiff agrees) reserving expert disclosure and discovery for after a ruling on any case dispositive motions. However, I am uncertain as to whether the deadlines proposed for disclosure of expert testimony is too early in relation to obtaining a summary judgment decision from the Court. If so, these dates could be extended a month or even two months if Your Honor agrees.

Nonetheless, please feel free to let me know if Your Honor has any concerns.

Sincerely,

Jennifer C. Jauffret

JCB/kdm
cc:   Ms. Vernette Walker (via first class mail)
      Peter T. Dalleo, Clerk (via hand delivery)
      Steven J. Fineman, Esquire

RLF1-3129447-1