IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-138-MPT |
| | : |
| THE NEWS JOURNAL and ANN HINES, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **22nd** day of **March, 2007.**

IT IS ORDERED that scheduling teleconference with Judge Thynge has been rescheduled to **Wednesday, April 18, 2007 at 10:00 A.M. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE