IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERNETTE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-138-MPT |
| | ) | |
| THE NEWS JOURNAL and ANN HINES, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

TO:  Ms. Vernette Walker
29 Richard Road
New Castle, DE 19820

PLEASE TAKE NOTICE that two true and correct copies of Defendants' First Set of Requests for Production of Documents Directed to Plaintiff were caused to be served on March 30, 2007 in the manner indicated:

### BY FIRST CLASS U.S. MAIL

Ms. Vernette Walker
29 Richard Road
New Castle, DE 19820

/s/ Jennifer C. Jauffret
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and on March 30, 2007, mailed, via first class mail, postage prepaid, copies of the same to:

Ms. Vernette Walker
29 Richard Road
New Castle, DE 19820
*Pro Se*

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Fineman@rlf.com