## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JENNIFER C. JAUFFRET
DIRECTOR

DIRECT DIAL NUMBER
302-651-7568
JAUFFRET@RLF.COM

April 17, 2007

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

      Re:    Vernette Walker v. The News Journal and Ann Hines
               Civil Action No. 06-138-MPT

Dear Judge Thynge:

      This letter serves to bring to the Court's attention a discovery issue that counsel would like to address during tomorrow's previously scheduled call at 10:00 a.m. I apologize for the short notice of this letter, but I only found out today that there was an issue.

      Specifically, Ms. Walker has refused to execute a release for access to her medical records from her healthcare providers. I had sent her as letter on April 2, 2007 asking her to execute the enclosed release in connection with the case. Last week I called her to follow up on my request for her to execute the release. She called me back on Friday, April 13, 2007 and indicated that she would make sure I had it by Monday. At no point during the phone conversation did she explain or indicate that she would not be executing the release. Today I received by mail a letter from Ms. Walker informing me that she would not authorize the release of her medical records/information. She further stated that any records or information that I would be requesting should be on file with the company.

      However, Ms. Walker fails to recognize that this is a disability/ADA case. Further, she has alleged emotional damages as a result of harassing phone calls. Furthermore, medical issues could impact her mitigation efforts. Accordingly, defendants believe they are entitled to subpoena all pertinent medical records and information. The company's file may not be complete nor will it cover post-termination medical issues that could impact damages. Accordingly, defendants would request that this Court order Ms. Walker to execute the release previously provided.

RLF1-3140107-1

The Honorable Mary Pat Thynge
April 17, 2007
Page 2

Thank you, Your Honor, for your attention to this matter.

Respectfully,

Jennifer C. Jauffret

JCB/kdm
cc: Ms. Vernette Walker (via hand delivery)
Peter T. Dalleo, Clerk (via hand delivery)

RLF1-3140107-1