# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-138-MPT |
| | : |
| THE NEWS JOURNAL and ANN HINES, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **18th** day of **April, 2007.**

IT IS ORDERED that the findings of the Court made during the teleconference of April 18, 2007 shall serve as an Order in this case.

IT IS FURTHER ORDERED that the schedule for briefing on defendants' motion to dismiss is as follows:

Plaintiff's Answering Brief with affidavits and exhibits, if any, shall be due on or before **Friday, May 18, 2007.**

Defendants' Reply Brief with affidavits and exhibits, if any, shall be due on or before **Friday, June 1, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE