Vernette Walker
    Plaintiff
  v,                            Civil Action no. 06 138-MPT
The News Journal and
Ann Hines
    Defendants

Request for extension next "30 days"
    Joinder of other Parties &
    Amendment of Pleading
due on or before May 1, 2007

                                      Vernette Walker
                                      5/1/07

# Certificate of Service

I hereby certify a copy of the attached document was filed with the Clerk of Court (hand delivered) on May 1, 2007 and hand delivered to: Jennifer C. Jauffret (Attorney - Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, DE 19801

_____
Vernette Walker
Pro Se
29 Richard Road
New Castle, DE 19720
302-324-9175