# RICHARDS, LAYTON & FINGER

### A PROFESSIONAL ASSOCIATION
### ONE RODNEY SQUARE
### 920 NORTH KING STREET
### WILMINGTON, DELAWARE 19801
### (302) 651-7700
### FAX (302) 651-7701
### WWW.RLF.COM

JENNIFER C  JAUFFRET
DIRECTOR

DIRECT DIAL NUMBER
302-651-7568
JAUFFRET@RLF COM

May 3, 2007

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, Delaware  19801

Re:    Vernette Walker v. The News Journal and Ann Hines
Civil Action No. 06-138-MPT

Dear Judge Thynge:

Defendants are in receipt of plaintiff Vernette Walker's May 1, 2007 submission to the Court  Ms. Walker has requested a 30 day extension of the May 1, 2007 deadline to join other parties and make amendments to the pleadings.  Defendants have no objection to an extension until June 1, 2007.  If the Court has any questions or concerns, counsel remains available at the Court's convenience.

Respectfully,

Jennifer C. Jauffret

JCB/kdm
cc:    Ms. Vernette Walker (via first class mail)
Peter T. Dalleo, Clerk (via hand delivery)