IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-138 (MPT) |
| | ) |
| NEWS JOURNAL, and ANN HINES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Whereas, on May 1, 2007, plaintiff filed a motion for extension of time for joinder of other parties and amendment of pleadings, to June 1, 2007 (D.I. 32);

Whereas, defendants do not oppose the motion (D.I. 34); therefore,

IT IS HEREBY ORDERED that the motion is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE