Vernette Walker
   Plaintiff
-v-
The News Journal and Ann Hines
   Defendant

# 06-138-MPT

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE
2007 MAY 16 PM 12: 51

## Initial Disclosure

I. Individuals Likely to have Discoverable Information which may be used to Support my claim.

① Delores Pinto
The News Journal
950 Basin Road
New Castle, DE 19720

Ms Pinto should have information relating to my employment, leave, termination, benefits, letters of appeal, return to work, policy & procedures, handbook

② Ann Hines
The News Journal
950 Basin Road
New Castle, DE 19720

Ms Hines should have information relating to my employment, leave, termination, benefits, letters of appeal & return to work, policy & procedures, handbook

①

# 06-138-MPT

③ Shelly Rumpf
   The News Journal
   950 Basin Road
   New Castle, DE 19720

Ms. Rumpf should have information relating to my annual appraisals, performance, decisions in her department to include (name & dates of new hires) in her department.

④ Dr. Linda Surdo
   Concentra Medical Center
   4110 Stanton-Ogletown Road
   Newark, DE 19713

Ms. Surdo should have information relating to my my return to work evaluation/exam August 23, 2004.

⑤ Dr. Craig Sternberg
   DE Back Pain & Rehab
   700 Lea Blvd.
   Wilmington, DE 19802

Dr. Sternberg should have information relating to my medical condition and treatment from 1999-2005.

I ~~track~~ reserve my right to seek discovery from, and relating to, other persons that may become known (to include) News Journal employees - if applicable to my case) likely to have information relevant to disputed facts. In addition, I reserve the right to designate and/or call additional

②

#06-138-MPT

Witnesses at trial:

Relevant Documents And Tangible Things

① Documents of communication with Ann Hines
② records of voice messages from Ann Hines & Shelly Rumpf
③ record of Concentra Medical Center return to work policy
④ Correspondence relating to Ann Hines personnel decision
⑤ My Medical records
⑥ Gannet benefits Manual
⑦ Documents From Community Legal Aid
⑧ Documents From Richard's Layton & Finger

Vernette Walker
29 Richard Rd
New Castle, DE 19720
302-324-9175

Monday May 14, 2007

③

\#

## Certificate of Service

Initial Disclosure.

I hereby certify that on May 16, 2007 a copy of the attached documents were filed with the Clerk of Court and hand delivered to

Jennifer C. Jauffret (Defendant Attorney)
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

_Vennette Walker_
Pro-Se
29 Richard Rd
New Castle DE 19720
302-324-9175