FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 MAY 16  PM 12: 51

# 06-138- MPT

Monday May 14, 2007

Dear Judge Mary Pat Thynge:

Your Honor: It has become increasingly acceptable to me that I am in need of professional legal counsel for my case. I have tried and tried, I've done as much as I know how to do. I have very limited resources and very limited tools necessary to meet my requests from the Plaintiff. My health at the present time limits my ability to constantly commute to Wilmington District court building to read law books and understand the law language.

I feel representing myself right now may jeopardize my Civil rights and I may misrepresent some documents are important. I am struggling to do what is right, be prompt and respond, but I am unsure of my rights, and do not have income to pay a lawyer. I strongly request and seek legal protection from the court in my case.

I have no knowledge of the legal system, however based upon how I was terminated, also receiving the EEOC right to sue letter- my case does have merit.

Judge Mary Pat Thynge, thank you so much. I look forward to your ruling.

Sincerely
Vernette Walker
29 Richord Rd
New Castle, DE 19720