IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-138-MPT |
| ) | |
| THE NEWS JOURNAL and ) | |
| ANN HINES, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION

To:   Vernette Walker
      29 Richard Road
      New Castle, Delaware  19720
      *Pro Se* Plaintiff

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of plaintiff Vernette Walker on June 28, 2007 at 10:00 a.m. at the offices of Richards, Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, Delaware or another time and/or place as mutually agreed upon. The deposition will be recorded and transcribed. The deposition will continue from day to day until concluded. You are invited to attend and participate.

                                                Jennifer C. Jauffret (#3689)
                                                Jauffret@rlf.com
                                                Richards, Layton & Finger
                                                One Rodney Square
                                                P. O. Box 551
                                                Wilmington, Delaware  19899
                                                (302) 651-7700
                                                Attorneys for Defendant

Dated: May 17, 2007

RLF1-3152437-1

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2007, I electronically filed the foregoing Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on May 17, 2007, mailed, via first class mail, postage prepaid, copies of the same to:

> Vernette Walker
> 29 Richard Road
> New Castle, Delaware 19720
> *Pro Se* Plaintiff

Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

RLF1-3042370-1