IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERNETTE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-138-MPT |
| | ) | |
| THE NEWS JOURNAL and ANN HINES, | ) | |
| | ) | |
| Defendants. | ) | |

### RE-NOTICE OF DEPOSITION

To:   Vernette Walker
      29 Richard Road
      New Castle, Delaware  19720
      *Pro Se* Plaintiff

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of plaintiff Vernette Walker on August 16, 2007 at 9:30 a.m. at the offices of Richards, Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, Delaware or another time and/or place as mutually agreed upon. The deposition will be recorded and transcribed. The deposition will continue from day to day until concluded.

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant

Dated: June 22, 2007

RLF1-3152437-1

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, I electronically filed the foregoing Re-Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on June 22, 2007, mailed, via first class mail, postage prepaid, copies of the same to:

Vernette Walker
29 Richard Road
New Castle, Delaware  19720
*Pro Se* Plaintiff

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant

RLF1-3042370-1