(3)

Vernett Walker
- Plaintiff

v.

The News Journal
Ann Hines
et al     Defendants

July 13, 2007

# 06-138-MPT

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JUL 13 PM 3: 06

## Response To Interrogatories

(6) Due to permanent injuries I suffered from work 1999-Present, finding employment as a new hire attending weekly Dr. appointments would result in another termination for me. I did attempt to talk to Ann Hines August 31, 2004 unaware I would not have a job after being approved for a surgery procedure August 30, 2004 by her.

(7) a. Craig Sternberg
   b. Irene Fisher
   c. Debra Kennedy
   d. YiLi Zhou
   e. Emanuel Devotta
   f. Ka-Khy Tze
   g. Kennedy Yalamanchili
   (4) Conrad King
   (5) Pro Physical Therapy
   (6) Dynamic Physical Therapy



Veinette Walker
  Plaintiff

v

The News Journal
Ann Hins - et al
  Defendants

July 13, 2007

#06-138-MPT

① Ⓚ Dr. William Atkins
  Ⓛ Evan Crain
  Ⓜ Alan Fink
  Ⓝ Jerry Case
  Ⓞ Randolph Kahlm
  Ⓟ Peter Bandra
  Ⓠ Valerie Eliner

#9) answered