Vernette Walker
Plaintiff

-v-

The News Journal
—et al
Ann Hines
Defendants

July 13, 2007

#06-138-MPT

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JUL 13 PM 3:06

## Request for Defendant to Produce Documents

① Ann Hines August Phone log. (August 2004)

② New Hired employees in Finance dept from August 30, 2004 - Present to include job titles and duties.

③ Letter of document stating my return to work date after the August 23, 2004 release from the Company Doctor to return to work.

④ Copy of my personnel file from 1988 - Present

⑤ Copy of old + updated handbook(s)

⑥ Letter or document informing me of my right to appeal denial and reverse actions of my earned benefits.

⑦ Ann Hines job description + duties

#06-138-MPT

Certificate of Service

I hereby certify that July 13, 2007, I delivered Response to documents + set of Interrogatories to clerk of court. A copy was also delivered by hand to:

Jennifer Jauffret
Richards Layton & Finger
no Rodney Square
Wilmington, DE 19899

Vernette Walker
29 Richard Rd
New Castle DE 19720