# 06-138-MPT

I Certify August 3, 2007, I delivered to the clerk of court my briefing Response to the defendants motion to dismiss. A hand copy was also delivered to:

Richard Layton & Finger
One Rodney Square
Wilmington DE, 19810

Vernette Walker