IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-138-MPT |
| ) | |
| THE NEWS JOURNAL and ) | |
| ANN HINES, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

It is hereby certified that on the 7th day of September, 2007, true and correct copies of Defendants' First Set of Requests for Admission to Plaintiff and this Notice of Service were served, in the manner indicated, on the following:

### BY FIRST CLASS MAIL

Vernette Walker
29 Richard Road
New Castle, Delaware 19720
*Pro Se* Plaintiff

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Attorneys for Defendant

Dated: September 7, 2007

RLF1-3187668-1