## REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 1

Admit that the document attached was written by you. (See Exhibit A).

*Yes I fully admit I wrote the attached letter.*

**RESPONSE:**

*I hold this letter to be truth in evidence on my behalf. As I stated in the deposition August 16, 2007. Ann Hines okay my Aug 30, 2004 appt & knew I had an atty.*

### REQUEST FOR ADMISSION NO. 2

*I did misprint Tue. 8/31/04 as 9/1/04*

Admit that you provided and/or wrote this letter to the attorney(s) in handling your claim against State Farm in regards to your 2004 car accident. (See Exhibit A).

*Yes.*

**RESPONSE:**

*I wroted this letter to the atty while I was out of work followed by excerbation of my work related injury auto accident. the letter was in reguard to being terminated. after being approved for Aug 30, 2004 surgery.*

*Vernette Walker*

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

Dated: September 7, 2007

-2-

RLF1-3198478-1

8-31-2004 10:42 AM   WALKER                      302 324 1812              P.01

Mr. Fridlin                                          1 of 3

I spoke to Ann Hines 8/25/04. She ask me if I could return to work 8/30/04. I explained to her I was scheduled for an injection 8/30/04. She said okay call me by Tuesday 9/1/04. I called Ann this morning 9/1/04. She asked how I was doing, I stated sore. She responded she just wanted to know how I was + to call her when I can return to work. My Daughter came in the door + handed me this UPS envelope. Inside was this letter of termination. I also told Ann 8/25/04 I could not call until 9/1/04 because the injections are painful.

Please call me

Vernette Walker
29 Richard Rd
New Castle, DE 19720
302-324-9175

# 06-138-mpt

Notice of Service

I certify on September 13, 2007, I hand delivered request for denial against Defendants motion to dismiss to the clerk of court and Defendants Attorney: Jennifer Jauffret
One Rodney Square
Wilmington, DE 19801

Venette Walker