September 12, 2007

#06-138-MPT

Request for copy of deposition:

Ms. Jennifer Gauthret:

I cooperated per your defendants request to a deposition hearing August 16, 2007. You requested from the transcriber copies within 2 weeks which you informed her you would pay, you wanted them sent to your office and you would mail me a copy. I have not received my copy.

Thank you in advance for your cooperation in providing me a copy as soon as possible hopefully within the next week or two.

Vernette Walker

# 06-138-MPT

Notice of Service

I certify September 13, 2007, I hand delivered copies of "Defendants request for admission" to Clerk of Court and Defendants attorney Jennifer C. Jauffret one Rodney Square Wilmington, DE 19801