September 10, 2007

# 06-138-MPT

Vernette Walker -v. the News Journal ) Joint
  "plaintiff"              *            ( et l
                         Ann Hines    / Defendants

Response to Letter Dated August 13, 2007

Plaintiff:
Motion to deny request for dismissal against
Defendants. August 16, 2007, I Cooperated at
the office of Richards Layton & Finger, in the
Presence of Ms. Jennifer Jauffret (Defendants Atty),
Ann Hines & Delores Pinto (the News Journal) Defendants
to a deposition hearing. Age Discrimination, Civil
rights, retaliation & More issues were addressed.
We also addressed a remedy. ~~~~~ I previously
addressed all ~~~~ issues from the Defendants
the best I knew how.

At this time I would like to admend to the
remedies stated in the deposition August 16, 2007
Punitive & emotional damages.~~~ be added.

                                    Vernette Walker

# 06-138- MPT

Notice of Service

I certify on September 13 2007, I hand delivered copies of "Request for copy of deposition" to the Clerk of Court and the Defendants attorney: Jennifer C. Jauffret one Rodney Square Wilmington, DE 19801