**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JENNIFER C. JAUFFRET
DIRECTOR

DIRECT DIAL NUMBER
302-651-7568
JAUFFRET@RLF.COM

September 14, 2007

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

      Re:    Vernette Walker v. The News Journal and Ann Hines
              Civil Action No. 06-138-MPT

Dear Judge Thynge:

      Defendants are in receipt of Ms. Walker's September 13, 2007 request for a copy of her deposition in the above-referenced matter. This letter serves to certify that on September 12, 2007 our office received a copy of Ms. Walker's deposition from the court reporter and we mailed a copy to Ms. Walker that same day, along with an errata sheet, asking her to send any corrections to the court reporter with a copy to me. If the Court has any further questions or concerns, please do not hesitate to call me.

Respectfully,

Jennifer C. Jauffret

/kdm
cc:    Ms. Vernette Walker (via first class mail)
       Peter T. Dalleo, Clerk (via hand delivery)
       Ms. Dolores Pinto (via first class mail)

RLF1-3201069-1