IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERNETTE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-138-MPT |
| | ) | |
| THE NEWS JOURNAL and | ) | |
| ANN HINES, | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

This _____ day of _____, 2007, the parties having discussed with the Court the status of the case, the defendants having moved for a hold on all remaining scheduling deadlines until after the decision on the case dispositive motion, and the Court having discussed the issue with *pro se* plaintiff and considered the issue,

IT IS SO ORDERED that:

1. All deadlines set forth in the Court's Scheduling Order dated March 22, 2007 are hereby held in abeyance until after the Court decides defendants' motions to dismiss and defendants' motion for summary judgment. After the Court renders decisions on such motions, should any claims remain, the Court will schedule a teleconference to discuss scheduling of all remaining deadlines, including setting forth a trial date. In the event an updated scheduling order is needed, defendants' counsel is instructed to send a letter to the Court after the Court issues its opinions to request that a scheduling conference be set.

_____
UNITED STATES MAGISTRATE JUDGE

RLF1-3206910-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007, I electronically filed the foregoing Proposed Order with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on September 28, 2007, mailed, via first class mail, postage prepaid, copies of the same to:

Vernette Walker
29 Richard Road
New Castle, Delaware 19720
*Pro Se* Plaintiff

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

RLF1-3042370-1