IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERNETTE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-138-MPT |
| | ) | |
| THE NEWS JOURNAL and ANN HINES, | ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants The News Journal and Ann Hines ("Defendants"), through their undersigned attorneys, pursuant to Rule 56 of the Federal Rules of Civil Procedure and the local rules of this Court, hereby move for summary judgment on all claims asserted by plaintiff Vernette Walker against them. The grounds for this motion are set forth fully in the Opening Brief in Support of Defendants' Motion for Summary Judgment which is filed contemporaneously herewith.

/s/ Jennifer C. Jauffret

Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Attorneys for Defendants

Dated: October 4, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, I electronically filed the foregoing Defendants' Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on October 4, 2007, hand delivered copies of the same to:

Vernette Walker
29 Richard Road
New Castle, Delaware 19720
*Pro Se* Plaintiff

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-138-MPT |
| ) | |
| THE NEWS JOURNAL and ) | |
| ANN HINES, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

WHEREAS, defendants The News Journal and Ann Hines having moved this Court for an order entering summary judgment in their favor and against plaintiff Vernette Walker, and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that summary judgment be entered in favor of defendants The News Journal and Ann Hines and against plaintiff Vernette Walker on all counts of the complaint.

_____
Mary Pat Thynge,
United States Magistrate Judge

RLF1-3208889-1