
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 OCT 18 PM 1:19

①

\# 06-138-MPT

Extension Request

Your Honor:

I did the best I could without requesting an extension. I've been sick, however Please Please before making your decision allow me an extension to make clear anything I have documented that is not clear or needing more information. I am Pro-Se but I do my best at any thing I attempt to do. I am very responsible and honest. Please if you close to move forward without an extension from me, I appreciate your decision. Previous information is already on file. I assured I'm to respond to the affidavits. I struggled to do so. Hope I did the right thing.

Venette Walden

# 06-138-MPT

The News Journal nor Ann Hines has never responded to the charges that I filed. An Example, in a manner they supplied me with a return to work date, they allowed me to know, if I chose to have August 30, 2004 surgery instead of coming to work I would be fired (Ann Hines) approved me having the Aug 30, 2004 procedure. I was never offered a different position after the July 1, 2004 letter was clearly state as of July 26, 2004 the credit clerk position would be filled. Ann Hines state she called me August 24, 2004 to return to work, however she did not get her paperwork from Dr. Sado until August 26, 2004. It is clear the News Journal & Ann Hines are trying to use their Attorney language of skills and knowledge instead of the truth to evade the judical system of their intentionall, illegal, violating acts of conductor reversing their policy & procedures due to employees. They should be held accountable therefore, helping them understand & no one else will suffer as I have.

Certificate of Service

I hereby certify October 18, 2004, I hand delivered to the clerk of Court and Richards Layton & Finger office copies of extension request.

Jennifer Jauffret
One Rodney Square
Wilmington DE 19889

Vernette Walker
Plaintiff (Pro Se)