IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNETTE WALKER, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-138-MPT |
| THE NEWS JOURNAL and ANN HINES, | : |
| Defendants. | : |

## ORDER

At Wilmington this **24th** day of **March, 2008**,

A memorandum opinion having been issued on the same date in the above captioned matter

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Consistent with the memorandum opinion, defendant Ann Hines motion to dismiss (D.I. 12) is GRANTED; defendant News Journal's motion to dismiss (D.I. 14) is GRANTED; and defendant News Journal's motion for summary judgment (D.I. 62) is GRANTED.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE